**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**EDWIN JON CRIDGE**                                                    **PETITIONER**
**ADC #147651**

**v.**                              **CASE NO. 5:14CV00247 BSM**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                 **RESPONDENT**

## ORDER

The recommended disposition filed by Magistrate Judge H. David Young has been reviewed. Neither party has filed objections. After careful consideration of the record, the recommended disposition should be, and hereby is, approved and adopted in its entirety in all respects. Edwin Cridge's petition for writ of habeas corpus [Doc. No. 1] is denied and dismissed with prejudice.

When entering a final order adverse to a habeas corpus petitioner, a certificate of appealability must be issued or denied. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis for this court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

IT IS SO ORDERED, this 7th day of October 2014.

Brian S. Miller
UNITED STATES DISTRICT JUDGE