# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**EDWIN JON CRIDGE**                                                                                         **PETITIONER**
**ADC #147651**

**v.**                    **CASE NO. 5:14CV00247 BSM**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                          **RESPONDENT**

## JUDGMENT

Consistent with the order entered on this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE